**IN THE UNITED STATES DISTIRCT COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LINDA ROBINSON**                                                    **PLAINTIFF**


**VS.**                                          **CIVIL ACTION NO.** 4:19cv026-DMB-JMV


**NORTH BOLIVAR CONSOLIDATED SCHOOL DISTRICT**              **DEFENDANT**


**NOTICE OF REMOVAL**

COMES NOW North Bolivar Consolidated School District and, pursuant to 28 U.S.C.

§§ 1331, 1367, 1441, and 1446, hereby removes this cause to this Court and in support thereof

would show as follows:

1.      On or about September 29, 2017, Plaintiff Linda Robinson commenced this action

styled *Linda Robinson v. North Bolivar Consolidated School District* in the Circuit Court of

Bolivar County, Mississippi, Second Judicial District, Civil Action No. 2017-0074.  The original

complaint stated causes of action for breach of contract and for a violation of Plaintiff's due

process rights under Art. 3, §14 of the Mississippi Constitution.  On October 30, 2018, Plaintiff

moved to Amend her Complaint to add a due process claim under 42 U.S.C. § 1983.  The circuit

court entered an order granting the motion to amend on January 22, 2019.  Plaintiff filed her

Amended Complaint the same day.

2.      Plaintiff first served her Amended Complaint by email on the District on January

17, 2019, after the order granting the motion to amend had been signed by the Judge, but *before*

it had been entered.  After the order allowing the amendment was entered on January 22, 2019,

Plaintiff re-filed her Amended Complaint and served it on the District by U.S. Mail.  The District

received it on February 5, 2019. Regardless of whether this Court measures the 30-day period

for removal from the District's receipt of the Amended Complaint on January 17, 2019, or February 5, 2019, this removal is timely.

3. This action is removable pursuant to 28 U.S.C. § 1441(a), because it is a civil action brought in state court over which this Court has original jurisdiction under 28 U.S.C. § 1331. Plaintiff's Amended Complaint, for the first time, states a claim for a violation of her Fourteenth Amendment due process rights under 42 U.S.C. § 1983. The Amended Complaint therefore states a claim arising under the Constitution, laws, or treaties of the United States such that federal jurisdiction is proper under 28 U.S.C. § 1331.

4. A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit "1" and is incorporated herein by reference. A copy of the State Court Record in this matter will be filed with this Court within fourteen days of removal under L.U.Civ. R. 5(b).

5. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims because they are so related to Plaintiff's federal claim that they form part of the same case or controversy under Article III of the United States Constitution.

6. The District, after filing this Notice of Removal, will promptly give notice to all adverse parties and to the Circuit Clerk for Bolivar County, Mississippi, Second Judicial District, and will further file a copy of this Notice of Removal with the Circuit Clerk of Bolivar County, Mississippi, Second Judicial District.

Respectfully submitted, this 13th day of February, 2019.

**North Bolivar Consolidated School District**

/s/ *Lindsey O. Watson*
Lindsey O. Watson

OF COUNSEL:

John S. Hooks
MS Bar No. 99175
Lindsey O. Watson
MS Bar No. 103329
Adams and Reese LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9708
E-mail:        John.Hooks@arlaw.com
                    Lindsey.Watson@arlaw.com

## CERTIFICATE OF SERVICE

I, Lindsey O. Watson, certify that I have this day filed a true and correct copy of the above document with the Clerk of Court and have served a copy of the above document on all registered counsel of record as listed below:

Willie Griffin
Bailey & Griffin, P.A.
P.O. Box 189
Greenville, MS 38702-0189
wgriffinlawyer@aol.com

Dated: February 13, 2019.


/s/ Lindsey O. Watson
Lindsey O. Watson