**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


**LINDA ROBINSON**                                                                **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO.   4:19-CV-00026-DMB-JMV**

**NORTH BOLIVAR CONSOLIDATED**
**SCHOOL DISTRICT**                                                              **DEFENDANT**


### ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.CIV.R. 16(b)(1)(B).   The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure
> requirements and all discovery not relevant to the remand . . . issue and
> will stay the parties' obligation to make disclosures pending the court's
> ruling on the [remand] motion[]. . . .

On March 5, 2019, Plaintiff filed a motion to remand [7].   Accordingly, the proceedings

enumerated in Local Rule 16(b)(1)(B) are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 12th day of March, 2019.


                                                    /s/ Jane M. Virden
                                                    U. S. Magistrate Judge